UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Tomas Morales AJPACAJA,<br><br>                        Petitioner,<br><br>v.<br><br>DOE, et al.,<br><br>                        Respondents. | Case No.: 25-cv-3436-AGS-DEB<br><br>**ORDER GRANTING HABEAS PETITION (ECF 1)** |

    For the reasons stated on the record at the January 6, 2026 hearing, petitioner Tomas Morales Ajpacaja's petition for a writ of habeas corpus is **GRANTED**.

    Respondents are ordered to immediately release Gutierrez Velazquez from custody subject to the conditions of the bond order.

Dated: January 6, 2026

                                                      _____
                                                      Hon. Andrew G. Schopler
                                                      United States District Judge